65 P.3d 181

# SUPREME COURT OF HAWAI'I

March 5, 2003

| | | |
|---|---|---|
| 22819 | State v. Sandoval | Affirmed |

**March 14, 2003**

| | | |
|---|---|---|
| 23627 | Wagnon v. Koga Engineering and Const., Inc. | Affirmed |

**March 17, 2003**

| | | |
|---|---|---|
| 22598 | State v. Rodriguez | Vacated and Remanded |

**March 20, 2003**

| | | |
|---|---|---|
| 24050 | Stevenson v. Suggs | Affirmed |

**March 19, 2003**

| | | |
|---|---|---|
| 25017 | Hagerman v. Haag | Affirmed |

**March 25, 2003**

| | | |
|---|---|---|
| 21840 | State v. Silva | Affirmed |